USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ABDOULAYE TRAORE,

      Plaintiff,

   -against-

PAROLE OFFICER JOAN LEWIS-
ROBINSON, ET AL.,

      Defendants.

------------------------------------------------------------ x

1:19-cv-06284 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of *pro se* Plaintiff's application for the Court to Request Counsel pursuant to 18 U.S.C. § 3006A(g). *See* ECF No. 23. Plaintiff's application is hereby **DENIED** without prejudice.

**SO ORDERED.**

Dated:  January 6, 2020
    New York, New York

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**

COPIES MAILED