```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TRAORE,                                                            :
                                                                   :
                              Plaintiff,                           :
                                                                   :        19-cv-06284 (ALC)
        -against-                                                  :
                                                                   :        ORDER
LEWIS-ROBINSON, ET AL.,                                            :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/14/2020

**ANDREW L. CARTER, JR., District Judge:**

As stated today on the record at the July 14, 2020 pre-motion conference, all Defendants are directed to serve Plaintiff with previously filed pre-motion conference letters regarding anticipated motions to dismiss by July 17, 2020. Plaintiff may respond by July 24, 2020. The Parties are directed to attend a telephonic pre-motion conference on August 4, 2020 at 11 a.m. ((888) 363-4749, access code: 3768660).

The Court further directs Defendants to serve this Order on Plaintiff by July 17, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **July 14, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**