```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/22/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TRAORE,**  Plaintiff,  -against-  **LEWIS-ROBINSON, ET AL.,**  Defendants. | **1:19-CV-06284-ALC**  **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

By Order dated July 14, 2020, all Defendants were directed to serve Plaintiff with previously-filed pre-motion conference letters regarding anticipated motions to dismiss by July 17, 2020. To date, Defendant Willows Men Homeless Shelter has not filed proof that its previously-filed pre-motion conference letter, ECF No. 20, has been served on Plaintiff. Willows Men Homeless Shelter is hereby ORDERED to file proof of service by tomorrow, July 23, 2020.

**SO ORDERED.**

**Dated**: **July 22, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**