| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------- x<br>**TRAORE,**<br>　　　　　　　　　　　**Plaintiff,**<br>　　-against-<br>**LEWIS-ROBINSON, ET AL.,**<br>　　　　　　　　　　　**Defendants.**<br>------------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 7/28/2020<br><br>**19-cv-06284 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., District Judge:**

By Order dated July 14, 2020, the Court directed all Defendants to serve Mr. Traore with previously filed pre-motion conference letters regarding anticipated motions to dismiss by July 17, 2020. ECF No. 42. When Defendant Willows Men Homeless Shelter had not filed proof of service by the ordered date, the Court issued a further Order on July 22, 2020 directing Defendant Willows Men Homeless Shelter to do so by July 23, 2020. ECF No. 44. On July 27, 2020, Defendant Willows Men Homeless Shelter filed proof that it had served Plaintiff with its previously filed pre-motion conference letter. ECF No. 45.

To permit Mr. Traore the opportunity to respond to the pre-motion conference letter served by Defendant Willows Men Homeless Shelter, it is hereby ORDERED that:

1. The August 4, 2020 11:00 a.m. pre-motion conference is adjourned.

2. The pre-motion conference is re-set for August 13 at 11:00 a.m. The Parties are directed to call in to the Court at that date and time at (888) 363-4749 (access code: 3768660).

3. Mr. Traore may file a written response to the pre-motion conference letter by Defendant Willows Men Shelter on or before August 6, 2020.

The Court also directs counsel for Defendant Willows Homeless Shelter to update the Clerk of the Court with current contact information, as the Court understands the information for counsel listed on ECF, which is associated with Marshall, Conway & Bradley, P.C., is out of date. *See* Local Civil Rule 1.3(d). Counsel should do this as soon as practicable, but no later than August 4, 2020.

Defendants are directed to serve this Order on Mr. Traore at his current address, which Mr. Traore indicated at the July 14, 2020 hearing, no later than July 30, 2020, and file proof of such service by the same day.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **July 28, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**