**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**TRAORE,**

               **Plaintiff,**

    -against-

**LEWIS-ROBINSON, ET AL.,**

               **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/7/2020__

**19-cv-06284 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The conference previously set for August 13, 2020 at 11:00 a.m. is hereby RESCHEDULED. The Parties are directed to attend a telephonic pre-motion conference on August 13, 2020 at 3:30 p.m. ((888) 363-4749, access code: 3768660).

The Court further ORDERS Defendants to serve this Order on Plaintiff, and file proof of service, by August 10, 2020.

**SO ORDERED.**

**Dated:**  **New York, New York**
           **August 7, 2020**

                                                       _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**