UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOULAYE TRAORE,

                     Plaintiff,

  -v-

JOAN LEWIS-ROBINSON, V. TAMOLA, ANTHONY ANNUCI, CITY OF NEW YORK, and the WILLOWS MEN HOMELESS SHELTER,

                     Defendants.

CIVIL ACTION NO.: 19 Civ. 6284 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the status conference held today, **January 13, 2021**, the State Defendants shall submit a letter to the Court by **February 19, 2021** stating whether they have authorization to participate in settlement discussions. At that time, the Court will assess whether and when to schedule the settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the below address.

Dated:      New York, New York
               January 13, 2021

                                                    SO ORDERED

                                                    _/s/ Sarah L. Cave_
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**

<u>Mail To:</u>    Abdoulaye Traore
               306 West 93rd Street, Apt. 57
               New York, NY 10025