UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDOULAYE TRAORE,<br><br>                    Plaintiff,<br><br>   -v-<br><br>JOAN LEWIS-ROBINSON, V. TAMOLA, ANTHONY ANNUCI, CITY OF NEW YORK, and the WILLOWS MEN HOMELESS SHELTER,<br><br>                    Defendants. | CIVIL ACTION NO.: 19 Civ. 6284 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

The Court scheduled a settlement conference for Thursday, April 8, 2021 at 10:00 am. (ECF No. 64).  Plaintiff did not appear at the conference or submit a pre-conference letter.

Accordingly, Plaintiff shall submit a letter to the Court by **April 22, 2021** stating (1) the reason for his non-appearance at today's settlement conference, and (2) whether he would like the Court to reschedule the settlement conference, or whether he does not wish to participate in settlement discussions at this time.  On hearing from Plaintiff, either the Court will reschedule the settlement conference or the case will revert to Judge Carter.

Failure to respond to this Order may cause the Court to issue an order to show cause why this case should not be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the below address.

Dated:   New York, New York
         April 8, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

<u>Mail To</u>:   Abdoulaye Traore
             306 West 93rd Street, Apt. 57
             New York, NY 10025