UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ABDOULAYE TRAORE,

                     Plaintiff,

    -against-

JOAN LEWIS-ROBINSON, ET AL.,

                     Defendants.

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/3/2022

1:19-CV-6284-ALC

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., District Judge:**

On August 13, 2020, this matter was referred to United States Magistrate Judge Sarah L. Cave for Settlement. ECF No. 52. The Court now considers a Report and Recommendation (R&R) issued by Magistrate Judge Cave recommending dismissal of this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 69. For the reasons stated herein, the Court fully adopts the R&R and, therefore, this case is dismissed without prejudice.

As detailed in the factual background of the R&R, Plaintiff has gone silent despite numerous attempts by Defendants to contact him and has failed to respond to various efforts taken by Magistrate Judge Cave to warn him that this case may be recommended for dismissal for failure to prosecute. *Id.* To date, Plaintiff has failed to respond or otherwise make a showing why this case should not be dismissed under Rule 41(b).

Despite notification of the right to object to the R&R, Plaintiff has filed no objections. After nearly six months, Plaintiff has not sought an extension to object. Where no timely objections are made, the Court may adopt the R&R so long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F.Supp.2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y.2003)). The Court does not find any clear error.

Because of the lack of any objections to the R&R and the fact that the Court finds no clear error in the record, the Court hereby **ADOPTS** Magistrate Judge Cave's R&R in full. Accordingly, this case is dismissed without prejudice. The Clerk of Court is respectfully directed to (1) close this case and (2) mail a copy of this Order to Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 3, 2022**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**