```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
   ABDOULAYE TRAORE,                                     :
                                                         :
                              Plaintiff,                 :
                                                         :      19-cv-06284 (ALC)
                 -against-                               :
                                                         :      ORDER
   PAROLE OFFICER JOAN LEWIS-                            :
   ROBINSON ET AL.,                                      :
                                                         :
                              Defendants.                :
-------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 16, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters concerning Plaintiff's request to reopen this case. ECF Nos. 71-73. The Court finds that Plaintiff's petition does not provide sufficient cause to reopen the action. Accordingly, Plaintiff's request to reopen this case is denied.

The Clerk of Court is respectfully directed to terminate ECF Nos. 71-73 and to serve this order upon pro se Plaintiff.

**SO ORDERED.**

**Dated:** **May 16, 2022**
**New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge